| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kerrigan, Kathleen M. | 2. Court or Organization United States Tax Court | 3. Date of Report 05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Tax Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address United States Tax Court 400 Second Street N.W. Washington, DC 20217 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Georgetown University Law Center |
| 2. | Trustee | Family Trust #1 Unfunded |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law f irm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | | certain investments. Also, have option of rolling over into an IRA. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Georgetown Universtily Law Center- teaching | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | | | | | | | | | |
| 2. - Janus Fund | A | Dividend | J | T | | | | | |
| 3. Schwab IRA Rollover | | | | | | | | | |
| 4. - Schwab Cash Reserves | A | Int./Div. | M | T | | | | | |
| 5. -PONDX Pimco | A | Int./Div. | J | T | | | | | |
| 6. -LISOX Lazard | | None | J | T | | | | | |
| 7. - SFLNX Schwab Fundamental large | B | Int./Div. | J | T | | | | | |
| 8. - SFSNX Schwab Fundamental small | A | Int./Div. | J | T | | | | | |
| 9. Schwab One Account #1 (H) | | | | | | | | | |
| 10. Janus Fund | A | Dividend | K | T | Sold (part) | 05/31/16 | J | B | |
| 11. | | | | | Sold (part) | 8/05/16 | J | B | |
| 12. Baker & Hostetler retirement account | | | | | | | | | |
| 13. - Fid Growth Co K | B | Int./Div. | K | T | | | | | |
| 14. -MetWest Tot Rtn Bd 1 | A | Int./Div. | J | T | | | | | |
| 15. - Spartan 500 Index (now called Fid 500 Inded) | D | Int./Div. | M | T | | | | | |
| 16. - Baker & Hostetler Composite Fund | C | Int./Div. | K | T | | | | | |
| 17. - WFA Govt Securities | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Muni account (H) | | | | | | | | | |
| 19. Austin Tex Wtr & WA 5%22 | B | Interest | K | T | | | | | |
| 20. California ST 5%24 | B | Interest | | | Sold | 10/04/16 | K | | |
| 21. Central Florida 5%28 | B | Interest | K | T | Buy | 09/23/16 | K | | |
| 22. Fairfax County 5%22 | A | Interest | K | T | | | | | |
| 23. Fairfax County 5%24 | A | Interest | K | T | Buy | 10/06/16 | K | | |
| 24. Fairfax Cnty VA SWR 5%31 | B | Interest | K | T | Buy | 04/06/16 | L | | |
| 25. Henrio County VA 5%27 | A | Interest | L | T | Buy | 05/08/16 | L | | |
| 26. Lower Col River 5%21 | B | Interest | K | T | | | | | |
| 27. Mass St. 5.25%24 | B | Interest | K | T | Buy | 11/16/16 | K | | |
| 28. Hampton Road | A | Interest | K | T | Buy | 02/24/16 | K | | |
| 29. Met T Auth NY Rev 5%24 | A | Interest | K | T | Buy | 11/30/16 | K | | |
| 30. Miami-Dade CNTY FLA 5%/22 | B | Interest | K | T | | | | | |
| 31. Michigan St Hosp. FI 5%25 | B | Interest | K | T | | | | | |
| 32. Michigan ST Trun 5.25%21 | B | Interest | K | T | | | | | |
| 33. MN ST GEN FD 5%26 | B | Interest | K | T | | | | | |
| 34. New Jersey Economic 5%26 | B | Interest | | | Sold | 06/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New Jersey Turnpike 5%30 TPK | B | Interest | K | T | | | | | |
| 36. Ney York NY 5%22 | B | Interest | K | T | | | | | |
| 37. New York NY 5%23 | B | Interest | | | Sold | 01/13/16 | K | B | |
| 38. New York St Dorm 5%/25 | B | Interest | K | T | | | | | |
| 39. New York St Dorm 5%23 | B | Interest | K | T | | | | | |
| 40. Norfolk VA Wtr Rev 5%20 | B | Interest | | | Sold | 05/11/16 | K | B | |
| 41. Norfolk VA Wtr REv 5%23 | B | Interest | K | T | | | | | |
| 42. North Carolina Mun 5%/24 | | None | | | Sold | 02/12/16 | J | A | |
| 43. San Antonio Tx El,ec 5%23 | C | Interest | K | T | | | | | |
| 44. San Fransico Calf 5%23 | B | Interest | | | Sold | 11/17/16 | K | B | |
| 45. South Carollina Trans infra 5%21 | B | Interest | K | T | | | | | |
| 46. Univ CA 5%/25% | B | Interest | K | T | Sold (part) | 01/13/16 | K | B | |
| 47. Virginia College Bl 5%20 | B | Interest | | | Sold | 05/11/16 | K | B | |
| 48. Virginia Commonwealth TR 5%24 | B | Interest | K | T | | | | | |
| 49. Virginia ST PUB BLD 5%21 | A | Interest | | | Sold | 10/15/16 | J | A | |
| 50. Virginia St. PUB Bldg 5%24 | A | Interest | K | T | Sold (part) | 01/12/16 | K | B | |
| 51. Virginia ST RES AUT 5%20 (x) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia ST RES Aut 5%21 | A | Interest | K | T | Sold (part) | 09/13/16 | K | D | |
| 53. | | | | | Sold (part) | 05/21/16 | J | A | |
| 54. | | | | | Sold (part) | 01/25/16 | J | A | |
| 55. Virginia ST RES Aut 5%26 | B | Interest | L | T | | | | | |
| 56. Virginina St Res Auth 5%/25 | B | Interest | K | T | | | | | |
| 57. Virginia St. Water Auth 5%/24 | A | Interest | K | T | | | | | |
| 58. Vrrginia Res 'Auth 5%24 | A | Interest | K | T | | | | | |
| 59. Virginia State Pub School 5%22 | B | Interest | K | T | Buy | 05/12/16 | K | | |
| 60. Schwab 1 Account # 2 (H) | | | | | | | | | |
| 61. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 62. Walgreen Company common stock | A | Dividend | K | T | | | | | |
| 63. Schwab Cash Reserves | A | Dividend | O | T | | | | | |
| 64. Templeton Dragon Fund | B | Dividend | | | Sold | 12/12/16 | K | | |
| 65. PIMCO Total Return Fund | D | Dividend | | | Sold | 12/12/16 | M | | |
| 66. Matthews India Fund | A | Dividend | K | T | | | | | |
| 67. Schwab Total Stock Mkt | D | Dividend | N | T | | | | | |
| 68. Vanguard Value Index | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Yacktman Fund | F | Dividend | O | T | | | | | |
| 70. ISHARES MSCI CDA IDX FD | A | Dividend | | | Sold | 12/12/16 | K | | |
| 71. SCHW INTL EQ ETF | B | Dividend | L | T | | | | | |
| 72. Oppenheimer Equity | A | Dividend | | | Sold | 06/09/16 | L | B | |
| 73. Schwab Rollover IRA #2 | | | | | | | | | |
| 74. - Templeton Dragon Fund | B | Int./Div. | K | T | | | | | |
| 75. - PIMCO Total Return Fund | D | Int./Div. | M | T | | | | | |
| 76. - Blackrock Latin America | B | Int./Div. | J | T | | | | | |
| 77. - Matthews India Fund | B | Int./Div. | K | T | | | | | |
| 78. - Oppenheimer Equity Income Fund | E | Int./Div. | | Q | Sold | 06/09/16 | M | C | |
| 79. - Schwab Total Stock MKT | D | Int./Div. | O | T | Buy (add'l) | 11/07/16 | K | | |
| 80. | | | | | Buy (add'l) | 10/05/16 | K | | |
| 81. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 82. | | | | | Buy (add'l) | 08/05/16 | K | | |
| 83. | | | | | Buy (add'l) | 07/05/16 | K | | |
| 84. Scwab Cash Reserves | D | Int./Div. | K | T | Buy (add'l) | 06/15/16 | M | | |
| 85. - SCW INTL EQ ETF | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Yacktman Fund | B | Int./Div. | J | T | | | | | |
| 87.   Scwab S&P 500 Index Fund | C | Int./Div. | L | T | Buy | 06/10/16 | K | | |
| 88.   Schwab One Account #3 (H) | | | | | | | | | |
| 89.   EGshares ETF Beyond BRICS | | None | | | Sold | 02/24/16 | J | | |
| 90.   Ishare China Large Cap | A | Dividend | | | Sold | 02/04/16 | J | | |
| 91.   Ishare commodities | A | Dividend | | | Sold | 06/10/16 | J | | |
| 92.   Ishate emerging markets | | None | | | Sold | 06/10/16 | J | | |
| 93.   Ishares IBOX | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 94.   IShares Gold Trust | | None | | | Sold | 06/10/16 | J | | |
| 95.   Ishares MSCI Germany | | None | | | Sold | 02/04/16 | J | | |
| 96.   IShares MSCI HK IDX FD | A | Dividend | | | Sold | 02/04/16 | J | | |
| 97.   IShares MSCI JAPAN | | None | | | Sold | 06/10/16 | J | | |
| 98.   ISHARES RUSEELL 2000 | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 99.   I Shares TR Bond (Barclays) | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 100.  I Shate Tr Bond 7-10 | A | Dividend | | | Sold | 06/02/16 | J | A | |
| 101.  Power SHS S&P ETF 500 | | None | | | Sold (part) | 02/24/16 | J | A | |
| 102.  | | | | | Sold | 06/10/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PowerSHS QQQ Trust SER 1 | A | Dividend | | | Sold (part) | 02/11/16 | J | B | |
| 104. | | | | | Sold | 06/10/16 | J | A | |
| 105. SPDR S&P 500 ETF TR | A | Dividend | | | Sold | 06/10/16 | J | B | |
| 106. SPDR Barcclays short term | A | Dividend | | | Sold | 04/29/16 | J | A | |
| 107. Vanguard DIV Apprciation | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 108. Vanguard Charlotte ETF(now called Vanguard International BNDX | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 109. Vanguard MSCI Emerging (y) | | | | | | | | | |
| 110. Vanguard MSCI EAFE ETF (VEA)Developed markets | A | Dividend | | | Sold | 06/10/16 | J | | |
| 111. Vanguard REIT | | None | | | Sold | 06/10/16 | J | A | |
| 112. Vanguard Total Stock MKT | A | Dividend | | | Sold | 06/10/16 | J | C | |
| 113. Vanguard Int.Equity(also calledc Vanguard global) (VNQI) | A | Dividend | | | Sold | 06/10/16 | J | | |
| 114. Vanguaard FTSE Emerging | A | Dividend | | | Sold | 06/10/16 | J | | |
| 115. Vanguard ITC ETF DV | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 116. Schwab Cash Reserves | A | Dividend | | | Closed | 06/15/16 | M | | |
| 117. Windsom Trust JPN Hedge Equity | | None | | | Sold | 06/02/16 | J | | |
| 118. Bank of America Series of accounts | A | Interest | O | T | | | | | |
| 119. American Express Savings Account | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kerrigan, Kathleen M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capittall One Savings Account (2 accounts) | D | Interest | O | T | | | | | |
| 121. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 122. EDSC Limited Partnership | D | Rent | O | W | | | | | |
| 123. | E | Interest | | | | | | | |
| 124. NSP Limited Partnership | E | Rent | | | Sold | 11/07/16 | N | G | Berkley Plaza Associates |
| 125. | | | | | | | | | and North Stafford LLC |
| 126. VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 127. | A | Interest | | | | | | | |
| 128. THSC Limited Partnership | E | Rent | N | W | | | | | |
| 129. | A | Interest | | | | | | | |
| 130. Falstaff Center LLP | | None | L | W | | | | | |
| 131. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 132. | A | Interest | | | | | | | |
| 133. Valley Ranch Investors LLC | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 122-133 are all limited partnership investments in real estate.

In Part VII Investments and Trusts, lines 19-59 are tax exempt bonds in a Schwab account mannaged by GW&K investment management  Line 51, VA State  Res Aut 5%20 was reported as being sold in 2015 and only part of it was sold.

In Part VII Investments and Trusts, line 109 Vanguard MSCI emerging is the same as Vanguard Emerging.  These items should not have been reported separately.

In Part VII Investments and Tursts, line 120 Capital One Checking Account opened in November, 2016.  There are now two accounts with Capital One.

In Part VII Investments and Trusts, line 124 DWS Scudder Large Cap fund listed  on the 2015 report was sold and I inadvertenly recorded it as closed instead of sold.  The value code for the amount of the sale was L and the date of the transaction was 9/17/15.  There was a loss on the sale so there was no gain to report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544